**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Craig Wayne MacDONALD, Defendant-
Appellant.**

**No. 71–1184.**

United States Court of Appeals,
Ninth Circuit.

April 20, 1971.

William James Zumwalt, San Diego, Cal., for defendant-appellant.

Harry D. Steward, U. S. Atty., Robert H. Filsinger, Chief, Crim. Div., Howard B. Frank, Asst. U. S. Atty., San Diego, Cal., for plaintiff-appellee.

Before CHAMBERS, CARTER and WRIGHT, Circuit Judges.

PER CURIAM:

MacDonald appeals from his jury conviction and sentence for bank robbery

with a deadly weapon in violation of 18 U.S.C. § 2113(a) (d). We affirm.

First, MacDonald argues that the trial judge erred in denying his motion to require the government to conduct a pretrial lineup. The decision on such a motion is a matter committed to the sound discretion of the trial judge. United States v. Williams (9 Cir. 1970), 436 F. 2d 1166. "Absent abuse of that discretion resulting in procedure 'so unnecessarily suggestive and conducive to irreparable mistaken identification' as to amount to a denial of due process of law * * * we should not question the trial judge's ruling." *Williams*, supra, 436 F. 2d at 1168–1169. There is no showing of abuse of discretion here.

Second, MacDonald's argument that the trial judge unduly restricted his cross-examination of the identifying witness is wholly without support in the record.

The judgment of conviction is affirmed.

**Julia CHAMLEE, Charles W. Chamlee
and Patricia Diana Crumbley Smith,
Plaintiffs-Appellants,**

v.

**J. B. COLEMAN and Tom Grider,
Defendants-Appellees.**

**No. 71–1164
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

April 28, 1971.

---

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

---

J. R. Cullens, W. A. Ingram, John V. Burch, Cartersville, Ga., for appellants.

Frank H. Jones, Dudley B. Magruder, Jr., Rogers, Magruder & Hoyt, Rome, Ga., for appellees.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed: See Local Rule 21.[1]

Evelio Soriano, pro se.

John S. Briggs, U. S. Atty., Bernard H. Dempsey, Jr., Asst. U. S. Atty., Tampa, Fla., for respondent-appellee.

Before GEWIN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed.[1]  See Local Rule 21.[2]

**Evelio SORIANO, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 30830.**

United States Court of Appeals, Fifth Circuit.

May 4, 1971.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Patrick Lawrence O'BRIEN and Larry Neil Miller, Defendants-Appellants.**

**No. 30935.**

United States Court of Appeals, Fifth Circuit.

April 16, 1971.

Rehearings Denied May 12, 1971.

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.

1. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's local Rule 9(c) (2), appellant having failed to file a brief within the time fixed

by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Cir. 1969, 412 F.2d 981.

2. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.